IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 2:24-mj-505<br><br>**Filed Under Seal** |

**APPLICATION OF THE UNITED STATES**
**FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)**

The United States of America, moving by and through its undersigned counsel, respectfully submits under seal this *ex parte* application for an Order pursuant to 18 U.S.C. § 2703(d). The proposed Order would require Ohioresidentdatabase.com, a business headquartered in Las Vegas, Nevada, to disclose certain records and other information pertaining to the IP address(es) accessing its website, as described in Part I of Attachment A. The records and other information to be disclosed are described in Part II of Attachment A to the proposed Order. In support of this application, the United States asserts:

LEGAL BACKGROUND

1. Ohioresidentdatabase.com is a provider of an electronic communications service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the United States may use a court order issued under § 2703(d) to require the provider to disclose the items described in Part II of Attachment A. *See* 18 U.S.C. § 2703(c)(2) (Part II.A of Attachment A); 18 U.S.C. § 2703(c)(1) (Part II.B of Attachment A).

2. This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically,

the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

3. A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.

## THE RELEVANT FACTS

4. The United States, along with the Federal Bureau of Investigation (FBI) is investigating the mailing of threatening communications targeting Ohio-based public officials. The investigation concerns possible violations of, inter alia, 18 U.S.C § 876.

5. On July 23, 2024, FBI Cincinnati was notified by the Office of Ohio Secretary of State Frank LaRose that it had received a letter of a threatening nature that contained a fictious return address. Of note, the return address listed was the address for

The Ohio Secretary of State's Office advised the FBI that it had referred the matter to the Ohio State Highway Patrol (OHSP). That same day, an FBI agent connected with the OHSP Sargent who had been assigned the matter. The Sargent advised that the OHSP was aware of other letters which had been received by other Ohio-based public officials in the previous week or two. The total number of letters known to the OHSP at that time was eight, since that time the total number of known letters has grown to twelve.

6. The letters, some of which are incorporated herein, each eluded to the sender's status as an Ohioan who expressed an intent to commit an act of violence against the letter's addressed recipient. They all bear a similar typeface, signature line, and possess similar themes, such as frustration about acts taken by the listed recipient against "The People."


Dave Yost,

Today is the start of your death this month.

No change can be seen from your selfish ways and no public amends can be seen.

You lie in the bed of your making.

This will be the final letter sent to you so that you have time to make final preparations.

I will kill you for the greater good of The People.

Your death will come when you least expect it.

I will make it quick for you, for my urge to make you suffer was a hard fought battle.

That urge would have resulted in massive amounts of pain, blood and the tears from your wife.

Your painless death will be from a single bullet to your head.

Unlike others, I do not miss.

I never miss.

Heed my warning and pray to God for forgiveness, and prepare for what is to come.

Sincerely,
An indignant ohian

[1]

1 This letter was postmarked August 5, 2024.



[2]

2 This letter was postmarked July 17, 2024.



Frank LaRose,

I need you to understand the reason for this letter.

I'm trying to build an understanding with any possible moral nature you may have.

You serve in the military so respectfully I'm reaching out for you to stop the path you're on.

Stop following immoral people just because they belong to the same party politics.

Stop allowing others from influencing you to make unchristian desires of lustful power.

Stop allowing people behind the scenes leading you to the way of evil thoughts.

Stop taking funds from those that any want to control and use you like a sock puppet.

Stop the acting of you believing most of the real lies you speak rather the truth you know.

Stop being mindless to all of the problems you are helping create and flourish.

Stop turning away from the real problems that are rotting the good from people's lives.

Stop treating real life situations as a game that just hurts real life people getting by.

Stop the political stunts that only drive the people to turn away from morality and goodwill.

[3]

3 This is page one of a letter postmarked July 15, 2024.



These problems are like the rot found on a vine that needs to be pruned off and burned.

If you don't stop, I will have to take on performing certain undesirable measures.

These measures will result in tears and blood from the sounds of thunder and lead.

Some of those have been sent warnings of continued offensive injustice against the people.

Eliminating those influences in my crosshairs will sadly bring out my immoral nature.

Some sacrifices must be made in order to create a more perfect union of moral nature.

Removing them one by one will start to bring the people out from this madness of deception

Time is running out. Time is ticking down. One more month. August it begins.

Heed my warning.
Heed my warning.
Heed my warning.

Sincerely,
A disheartened ohioan

[4]

4 This is page two of a letter postmarked July 15, 2024.



[5]

5 This letter was postmarked July 15, 2024.

7. The letters were all successfully transmitted via the United States Postal Service to their addressed recipient in Ohio.

8. Each of the twelve letters was mailed within a white envelope with a stamp, recipient address, and return address listed. Ten of the letters used a bonified home address of a staff member for the intended recipient. The two outlier envelopes listed a law firm's business address as the letter's return address.

9. The letter envelopes were each addressed to an Ohio-based public official who maintained an office or residence within the Southern District of Ohio. Two letter recipients, Ohio Secretary of State Frank LaRose, and Ohio Attorney David Yost received multiple letters.

10. Four of the Ohio-based public officials within the initial mailing on July 11, 2024, released a statement on November 9, 2023. This joint statement is the only information known to investigators connecting those parties in question. These four Ohio-based public officials are also the only letter recipients who did not hold leadership positions or statewide office.

11. It is unlikely that the sender would have known each of the unique personal addresses listed as either a return or recipient address on the envelopes. While directories of Ohio-based public officials exist, they generally do not include personal address information. Moreover, based upon the training and experience of the FBI agent, they do not contain information about the personal residence information of their staff. It is therefore logical that the letter sender must have used an online search tool to locate residence addresses for the staff members.

12. Based on the FBI agent's training and experience, the real addresses of people and business are publicly available online. The easiest, fastest, and cheapest way to find the addresses of another person or business is by searching for it on the internet via computer, smartphone, or another electronic device. Through this investigation, the FBI has canvassed multiple online

residential data repositories to ascertain which, if any, contained the data that was used by the letter sender. That work has revealed that ohioresidentdatabase.com contains most of the data used by the letter sender. In fact, the ohioresidentdatabase.com contains more of the data used by the letter sender than any other online database located by the FBI.

13. Therefore, it is likely that the letter sender described in this affidavit would have searched ohioresidentdatabase.com to locate residence address information connected with the recipient Ohio-based public officials and their staff. While it is certain that numerous individuals sought information involving officials such as Ohio Secretary of State LaRose or Ohio Attorney General David Yost, it is far less likely that the same individual, using the same IP address, also searched for an unpublicized staff member. It is even further unlikely that a single individual user, using the same IP address, would search for nine specific unpublicized staff members, Ohio Attorney General David Yost, and Secretary of State LaRose.

REQUEST FOR ORDER

14. The facts set forth in the previous section show that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation. Specifically, these items will help the United States to identify and locate the individual(s) who are responsible for the events described above, and to determine the nature and scope of their activities. Accordingly, the United States requests that ohioresidentdatabase.com be directed to produce all items described in Part II of Attachment A to the proposed Order.

15. The United States further requests that the Order require ohioresidentdatabase.com not to notify any person, including the subscribers or customers of the account(s) listed in Part I of Attachment A, of the existence of the Order for a time period of one year. *See* 18 U.S.C. §

2705(b). This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.* In this case, such an order would be appropriate because the attached court order relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached court order will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to endanger the life or physical safety of an individual.

16. The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

_s/Jessica W. Knight________________

JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Blvd., Ste. 200
Columbus, OH 43215
Ph: 614-469-5715
Email: Jessica.knight@usdoj.gov

## ATTACHMENT A

**I. The Account(s)**

The Order applies to certain records and information associated with the following search terms:

**Search Terms:**

**II. Records and Other Information to Be Disclosed**

Ohioresidentdatabase.com is required to disclose the following records and other information, if available, to the United States for each search term listed in Part I of this Attachment ("Account"), for the time period 12:00 AM EST on November 9, 2023, until 11:59PM EST August 5, 2024 regardless of whether such information is located within or outside of the United States:

A. The following information about the users of the service:

1. IP address of search
2. Timestamp of search
3. Full Query used to search

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this Order.