IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | ) | Case No. 2:24-mj-505 |
| | ) | **Filed Under Seal** |

ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Ohioresidentdatabase.com to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including giving targets an opportunity to flee, destroy or tamper with evidence, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Ohioresidentdatabase.com shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Ohioresidentdatabase.com shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the users of the service listed in Attachment A, or to any other person, for

a period of one year, except that Ohioresidentdatabase.com may disclose this Order to an attorney for Ohioresidentdatabase.com for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

United States Magistrate Judge

10/18/2024
Date

# ATTACHMENT A

## I. The Account(s)

The Order applies to certain records and information associated with the following search terms:

**Search Terms:**

## II. Records and Other Information to Be Disclosed

Ohioresidentdatabase.com is required to disclose the following records and other information, if available, to the United States for each search term listed in Part I of this Attachment ("Account"), for the time period 12:00 AM EST on November 9, 2023, until 11:59PM EST August 5, 2024 regardless of whether such information is located within or outside of the United States:

A. The following information about the users of the service:

1. IP address of search
2. Timestamp of search
3. Full Query used to search

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this Order.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ________________________________, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Ohioresidentdatabase.com, and my title is ____________________________. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Ohioresidentdatabase.com. The attached records consist of ______________ **[GENERALLY DESCRIBE RECORDS, SUCH AS:** pages / CD(s) / megabytes**]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Ohioresidentdatabase.com, and they were made by Ohioresidentdatabase.com as a regular practice; and

b. such records were generated by Ohioresidentdatabase.com's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Ohioresidentdatabase.com in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Ohioresidentdatabase.com, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

____________________ ______________________________________

Date Signature